**Earnings Statement** — ADP

IMPRESA AEROSPACE, LLC
344 W. 157TH STREET
GARDENA, CA, 90248
COMPANY PH#: 310-354-1200

Period Beginning: 09/08/2013
Period Ending: 09/21/2013
Pay Date: 09/27/2013

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 0

WALTER VERA
13235 KORNBLUM APT #1
HAWTHORNE CA 90250

Social Security Number: XXX-XX-2400

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 80.00 | 760.00 | 12,323.88 |
| Overtime | 14.2500 | 25.25 | 359.81 | 7,947.95 |
| Double Time | | | | 228.00 |
| Holiday | | | | 228.00 |
| **Gross Pay** | | | **$1,119.81** | 20,727.83 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation | | 26.18 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -104.61 | 2,323.96 |
| Social Security Tax | -55.58 | 1,169.48 |
| Medicare Tax | -13.00 | 273.51 |
| CA State Income Tax | -14.83 | 446.69 |
| CA SUI/SDI Tax | -8.97 | 188.63 |
| **Other** | | |
| Company Store | -50.00 | 50.00 |
| Dental Pre-Tax | -33.07* | 247.19 |
| Group Term Life | -17.54* | 147.88 |
| Med Fsa | -38.46* | 230.76 |
| Med Pretx | -130.99* | 1,210.81 |
| Ppe Deduction | -70.00 | 140.00 |
| Tools | -0.01 | 329.26 |
| Vision Pre-Tax | -3.25* | 28.53 |
| **Net Pay** | **$579.50** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $896.50

© 1998, 2006, ADP, Inc. All Rights Reserved.

CO.   FILE   DEPT.   CLOCK NUMBER   070

**Earnings Statement** ADP

IMPRESA AEROSPACE, LLC
344 W. 157TH STREET
GARDENA, CA, 90248
COMPANY PH#: 310-354-1200

Period Beginning:  08/25/2013
Period Ending:     09/07/2013
Pay Date:          09/13/2013

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  0
    CA:       0

WALTER VERA
13235 KORNBLUM APT #1
HAWTHORNE CA 90250

Social Security Number: XXX-XX-2400

| Earnings    | rate    | hours | this period | year to date |
|-------------|---------|-------|-------------|--------------|
| Regular     | 9.5000  | 76.50 | 726.75      | 11,563.88    |
| Overtime    | 14.2500 | 9.00  | 128.25      | 7,588.14     |
| Holiday     | 9.5000  | 8.00  | 76.00       | 228.00       |
| Double Time |         |       |             | 228.00       |
| **Gross Pay** |       |       | **$931.00** | 19,608.02    |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation | | 24.64 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -76.29 | 2,219.35 |
| | Social Security Tax | -43.87 | 1,113.90 |
| | Medicare Tax | -10.26 | 260.51 |
| | CA State Income Tax | -9.17 | 431.86 |
| | CA SUI/SDI Tax | -7.08 | 179.66 |
| | **Other** | | |
| | Dental Pre-Tax | -33.07* | 214.12 |
| | Group Term Life | -17.54* | 130.34 |
| | Med Fsa | -38.46* | 192.30 |
| | Med Pretx | -130.99* | 1,079.82 |
| | Ppe Deduction | -70.00 | 70.00 |
| | Tools | -65.85 | 329.25 |
| | Vision Pre-Tax | -3.25* | 25.28 |
| | **Net Pay** | **$425.17** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $707.69

©1998, 2006, ADP, Inc. All Rights Reserved

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK NUMBER | 070 |
|---|---|---|---|---|
| V7A | 000952-000530 | | 0086D9396 | |

IMPRESA AEROSPACE, LLC
344 W. 157TH STREET
GARDENA, CA, 90248
COMPANY PH#: 310-354-1200

Period Beginning: 08/11/2013
Period Ending: 08/24/2013
Pay Date: 08/30/2013

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  CA: 0

WALTER VERA
13235 KORNBLUM APT #1
HAWTHORNE CA 90250

Social Security Number: XXX-XX-2400

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 80.00 | 760.00 | 10,837.13 |
| Overtime | 14.2500 | 19.50 | 277.88 | 7,459.89 |
| Double Time | | | | 228.00 |
| Holiday | | | | 152.00 |
| **Gross Pay** | | | **$1,037.88** | 18,677.02 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation | | 23.10 |

**Deductions**

Statutory
| | this period | YTD |
|---|---|---|
| Federal Income Tax | -92.32 | 2,143.06 |
| Social Security Tax | -50.51 | 1,070.03 |
| Medicare Tax | -11.81 | 250.25 |
| CA State Income Tax | -11.52 | 422.69 |
| CA SUI/SDI Tax | -8.14 | 172.58 |

Other
| | this period | YTD |
|---|---|---|
| Dental Pre-Tax | -33.07* | 181.05 |
| Group Term Life | -17.54* | 112.80 |
| Med Fsa | -38.46* | 153.84 |
| Med Pretx | -130.99* | 948.83 |
| Tools | -65.85 | 263.40 |
| Vision Pre-Tax | -3.25* | 22.03 |

**Net Pay** **$574.42**

\* Excluded from federal taxable wages
Your federal taxable wages this period are $814.57

©1998, 2006, ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT. | CLOCK | NUMBER | 070 |

# Earnings Statement

**ADP**

IMPRESA AEROSPACE, LLC
344 W. 157TH STREET
GARDENA, CA, 90248
COMPANY PH#: 310-354-1200

Period Beginning: 07/28/2013
Period Ending: 08/10/2013
Pay Date: 08/16/2013

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 0
   CA: 0

WALTER VERA
13235 KORNBLUM APT #1
HAWTHORNE CA 90250

Social Security Number: XXX-XX-2400

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 77.75 | 738.63 | 10,077.13 |
| Overtime | 14.2500 | 27.50 | 391.88 | 7,182.01 |
| Double Time | | | | 228.00 |
| Holiday | | | | 152.00 |
| **Gross Pay** | | | **$1,130.51** | 17,639.14 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Vacation | | 21.56 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -106.22 | 2,050.74 |
| Social Security Tax | -56.24 | 1,019.52 |
| Medicare Tax | -13.16 | 238.44 |
| CA State Income Tax | -15.30 | 411.17 |
| CA SUI/SDI Tax | -9.07 | 164.44 |

Other
| | | |
|---|---|---|
| Dental Pre-Tax | -33.07* | 147.98 |
| Group Term Life | -17.54* | 95.26 |
| Med Fsa | -38.46* | 115.38 |
| Med Pretx | -130.99* | 817.84 |
| Tools | -65.85 | 197.55 |
| Vision Pre-Tax | -3.25* | 18.78 |

**Net Pay**      **$641.36**

\* Excluded from federal taxable wages
Your federal taxable wages this period are $907.20

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE